IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| OBED JOSEPH, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) Civil Action No. 7:21-cv-00293-MFU |
| AMERICOLD LOGISTICS, LLC, *et al*. | ) <br> ) |
| Defendants. | ) <br> ) |

## PROPOSED ORDER

Upon consideration of Defendants Kroger Limited Partnership I, Kroger Dedicated Logistics Company, and Americold Logistics, LLC's Consent Motion to Set Aside Entry of Default, it is hereby:

ORDERED, that Defendants' Consent Motion to Set Aside Entry of Default is GRANTED; and it is further

ORDERED that the Court's Entry of Default against Kroger Limited Partnership I and Kroger Dedicated Logistics Company is set aside; and it is further

ORDERED that Defendants Kroger Limited Partnership I and Kroger Dedicated Logistics Company have a reasonable period of time of fourteen days to file a responsive pleading to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED this _____ day of _____ 2022.

_____
Judge
U.S. District Court for the Western District
of Virginia, Roanoke Division